Decisions on Petitions for Writs of Certiorari.

No. 455. LONDON, PARIS AND AMERICAN BANK, LIMITED, PETITIONER, *v.* ROSALIE AARONSTEIN, EXECUTRIX, ETC. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis Marshall* and *Mr. Henry Ach* for the petitioner. *Mr. Simon C. Scheeline* for the respondent.

---

No. 463. ADAH S. HORMAN, PETITIONER, *v.* UNITED STATES. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. M. Rulison* for the petitioner. *Mr. Solicitor General Richards* for the respondent.

---

No. 464. BURLINGTON TRUST COMPANY ET AL., PETITIONERS, *v.* SILAS PORTER ET AL. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. B. P. Waggener, Mr. O. H. Dean, Mr. O. L. Miller* and *Mr. Frank Hagerman* for the petitioners. No appearance for the respondents.

---

No. 452. RUBBER TIRE WHEEL COMPANY ET AL., PETITIONERS, *v.* GOODYEAR TIRE AND RUBBER COMPANY ET AL. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Hoke Smith, Mr. Frederic P. Fish* and *Mr. John R. Bennett* for the petitioners. *Mr. Edmund Wetmore* and *Mr. H. A. Toulmin* for the respondents.

---

No. 454. SOUTHERN RAILWAY COMPANY, PETITIONER, *v.* JOHN R. CRAIG, ADMINISTRATOR, ETC. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Fairfax Harrison* for the petitioner. *Mr. James E. McDonald* for the respondent.